UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PARADIGM JET MANAGEMENT, INC.,

        Plaintiff,                           Case No. 1:24-cv-493-HYJ-RSK

vs.                                      HON. HALA Y. JARBOU

BRE ENTERPRISES, LLC, et al.

        Defendants.

---

## <u>STIPULATION TO DISMISS</u>

The parties stipulate to the entry of an Order dismissing this matter with prejudice and without attorney's fees and costs.

Respectfully submitted,

VARNUM LLP
Attorneys for Plaintiff

Dated: July11, 2024                By:__/s/ Steven T. Buquicchio_
                                    Steven T. Buquicchio (P62076)
                         BUSINESS ADDRESS & TELEPHONE:
                                    Bridgewater Place, P.O. Box 352
                                    Grand Rapids, MI 49501-0352
                                    (616) 336-6000
                                    stbuquicchio@varnumlaw.com

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
Attorneys for Defendant

Dated: July 11, 2024              By: _/s/ Matthew J. High (w/ email permission)__
                                      Matthew J. High
                         BUSINESS ADDRESS & TELEPHONE:
                                      17197 N. Laurel Park Dr., Ste 201
                                    Livonia, MI 48152
                                    (313) 327-3100
                                    Matthew.high@wilsonelser.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PARADIGM JET MANAGEMENT, INC.,

        Plaintiff,

vs.

BRE ENTERPRISES, LLC, et al.

        Defendants.

Case No. 1:24-cv-493-HYJ-RSK

HON. HALA Y. JARBOU

---

## ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

IT IS SO ORDERED.


Date:  July 11, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT COURT